UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK YU ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>PORSCHE CARS OF NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 4:23-cv-05263-KAW<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT; ORDER VACATING CASE DEADLINES**<br><br>Re: Dkt. No. 23 |

On January 22, 2024, the parties filed a joint notice of settlement. (Dkt. No. 23.) Upon request of the parties, the March 19, 2024 status conference and all remaining case deadlines are VACATED.

Plaintiff shall file a motion for attorneys' fees on or before March 8, 2024.

IT IS SO ORDERED.

Dated: January 24, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge